UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:12-MD-02385-DRH-SCW<br><br>MDL NO. 2385<br><br>JUDGE DAVID R. HERNDON |
| *THIS DOCUMENT RELATES TO:*<br><br>Glen Franklin Church v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.<br><br>AND RELATED CASES (See Doc. 5-1) | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.:<br>3:13-CV-51900-DRH-SCW<br><br><br>ORDER |

Upon consideration of the parties' Joint Motion, and for good cause shown, the Court hereby rescinds its Order executed on November 19, 2014 and entered on the Court's docket on November 20, 2014 [Document 6], and enters the following Order as follows:

1. Milstein Adelman LLP Pradaxa Qualified Settlement Fund is approved, and the Court retains jurisdiction thereof. Milstein Adelman LLP Pradaxa Qualified Settlement Fund shall be established and operated in a manner consistent with the rules of Treasury Regulation Section 1.468B-1.

2. The purpose of this Order is to facilitate the settlement of claims. No adjudication of Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer

Ingelheim International GMBH's (or any other Defendants') liability shall be made in this Order.

3. Scott H. Freeman is hereby appointed as Administrator of Milstein Adelman LLP Pradaxa Qualified Settlement Fund pursuant to the terms, conditions, and restrictions of the Master Settlement Agreement and Plaintiffs' Motion to Establish Qualified Settlement Fund, to the extent that the terms, conditions and restrictions in Plaintiffs' Motion are not inconsistent with the Master Settlement Agreement. To the extent that Plaintiffs' Motion is in any way inconsistent with the Master Settlement Agreement, the Master Settlement Agreement governs.

4. Milstein Adelman LLP Pradaxa Qualified Settlement Fund Administrator is authorized to (a) invest the Fund; (b) make distributions from the Fund; and (c) segregate the Fund into sub-accounts consistent with the Master Settlement Agreement and Plaintiffs' Motion to Establish Qualified Settlement Fund (to the extent not inconsistent with the Master Settlement Agreement). Further, the Milstein Adelman LLP Pradaxa Qualified Settlement Fund Administrator is authorized, upon final distribution of all monies paid into the Fund, to take appropriate steps to wind down the Fund, thereby discharging the Fund Administrator from any further responsibility with respect to the Fund.

5. Nothing in this Order changes or affects the obligations of the parties to the Master Settlement Agreement, or is meant in any way to alter or amend the terms of that Agreement. Specifically, this Order is not intended to – and does

not – impose any additional obligations on Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim International GMBH, or any other Defendant, beyond those obligations set forth in the Master Settlement Agreement.  This Order is to be read in conjunction with the Master Settlement Agreement, and is intended to be in furtherance of it.  To the extent that this Order is inconsistent with the terms, conditions, and/or restrictions of the Master Settlement Agreement, the Master Settlement Agreement governs.

**IT IS SO ORDERED.**

**Signed this 25th day of November, 2014.**

 

**District Judge**
**United States District Court**